UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIO McLEAN DAVIS,

-vs-	Case No.  8:01-cr-163-T-24EAJ
	8:05-cv-560-T-24EAJ

UNITED STATES OF AMERICA.
_____

**ORDER**

The Court denied Defendant Antonio McLean Davis (Davis') 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. (Doc. cv-1; cr-65). Defendant filed an application for certificate of appealability and a motion for leave to proceed on appeal in forma pauperis in the United States Court of Appeals for the Eleventh Circuit.  The Eleventh Circuit forwarded the filings to this Court.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

1. That Defendant's application for certificate of appealability (Doc. No. 6) is denied.

2. That Defendant's motion to proceed on appeal in forma pauperis (Doc. No. 7) is denied.

ORDERED at Tampa, Florida, on July 1, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

AUSA:  James A. Muench

Pro se:  Antonio McLean Davis